IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

26-20387

| | | |
|---|---|---|
| In Re: **Kingfly Spirits LLC** | : : : : : | Bankruptcy No. Chapter **7** |
| Debtor | : : | |
| **Kingfly Spirits LLC** Movant | : : : : : : : | Related to Document No. 1 |
| v. No Respondent | : : : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Kathryn L. Harrison 209601**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Kathryn L. Harrison**  
Signature  
**Kathryn L. Harrison 209601**  
Typed Name  
**310 Grant Street, Suite 1700**  
**Pittsburgh, PA 15219**  
Address  
**412-261-0310 Fax:412-261-5066**  
Phone No.  
**209601 PA**  
List Bar I.D. and State of Admission

**PAWB Local Form 29 (07/13)**

26-20387

American Express
PO Box 981537
El Paso, TX 79998

Blake Ragghianti
6431 Heidler Road
Fairview, PA 16415

Christina French
141 Westland Drive
Pittsburgh, PA 15217

Danielle Ragghianti
6431 Heidler Road
Fairview, PA 16415

David S. Klett
428 Boulevard of the Allies
Suite 300
Pittsburgh, PA 15219

26-20387

EA & Company
712 Kahkwa Boulevard
Erie, PA 16505

Justina Tushak, CPA
712 Kahkwa Boulevard
Erie, PA 16505

Mark Willson
141 Westland Drive
Pittsburgh, PA 15217

The Farneth Law Group LLC
c/o George R. Farneth II, Esq.
445 Fort Pitt Boulevard, Suite 160
Pittsburgh, PA 15219

TUGIRLS Inc.
712 Kahkwa Boulevard
Erie, PA 16505

26-20387

Wilsson1
141 Westland Drive
Pittsburgh, PA 15217

26-20387