# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| KINGFLY SPIRITS LLC, ) | Case No. 26-20387-CMB |
| ) | |
| Debtor. ) | Related to Dkt. No. 14 |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 4, 2026, I served a true and correct copy of the *Amended Statement of Financial Affairs* [Dkt. 14] via First-Class U.S. Mail, postage prepaid, on the parties on the attached service list.

Dated:  March 4, 2026
Pittsburgh, Pennsylvania

Respectfully submitted,

CAMPBELL & LEVINE, LLC

/s/ *Kathryn L. Harrison*
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
Joseph C. Bacharach, Esq.
PA I.D. No. 336111
jbacharach@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel:  412-261-0310
Fax: 412-261-5066

*Counsel to the Debtor*

## Service List

| | | |
|---|---|---|
| Crystal H. Thornton-Illar, Esq.<br>LEECHTISHMAN<br>525 William Penn Place<br>28th Floor<br>Pittsburgh, PA 15219 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 | Brent J. Lemon, Esq.<br>Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 |
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | Blake Ragghianti<br>6431 Heidler Road<br>Fairview, PA 16415-2103 | Christina French<br>141 Wetland Drive<br>Pittsburgh, PA 15217-2538 |
| Danielle Ragghianti<br>6431 Heidler Road<br>Fairview, PA 16415-2103 | David S. Klett<br>428 Boulevard of the Allies<br>Suite 300<br>Pittsburgh, PA 15219-1314 | EA & Company<br>712 Kahkwa Boulevard<br>Erie, PA 16505-4608 |
| Justina Tushak, CPA<br>712 Kahkwa Boulevard<br>Erie, PA 16505-4608 | Kingfly Spirits LLC<br>2613 Smallman Street<br>Pittsburgh, PA 15222-4625 | Mark Willson<br>141 Westland Drive<br>Pittsburgh, PA 15217-2538 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | TUGIRLS Inc.<br>712 Kahkwa Boulevard<br>Erie, PA 16505-4608 | The Farneth Law Group LLC<br>c/o George R. Farneth II, Esq.<br>445 Fort Pitt Boulevard, Suite 160<br>Pittsburgh, PA 15219-1323 |
| Wilsson1<br>141 Westland Drive<br>Pittsburgh, PA 15217-2538 | Peoples Natural Gas Company, LLC<br>GRB Law<br>c/o Jeffrey R. Hunt, Esq.<br>525 William Penn Pl., Suite 3110<br>Pittsburgh, PA 15219 | Timothy D. McNair, Esq.<br>821 State Street<br>Erie, PA 16501 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | | |