**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KINGFLY SPIRITS LLC, | ) | Case No. 26-20387-CMB |
| | ) | |
| Debtor. | ) | Related to Dkt. Nos. 12, 16 & 18 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that on March 10, 2026, pursuant to the provisions set forth in the Court's *Order* [Dkt. No. 18], I served a true and correct copy of the *Amended Schedule B* [Dkt. No. 16], and the *341 Meeting of Creditors Notice* [Dkt. No. 12] via First Class U.S. Mail, postage pre-paid, on the parties listed on the attached service list.

Dated: March 10, 2026
Pittsburgh, Pennsylvania

Respectfully submitted,

CAMPBELL & LEVINE, LLC

/s/ *Kathryn L. Harrison*
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
Joseph C. Bacharach, Esq.
PA I.D. No. 336111
jbacharach@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel: 412-261-0310
Fax: 412-261-5066

*Counsel to the Debtor*

## Service List

Crystal H. Thornton-Illar, Esq.
LEECHTISHMAN
525 William Penn Place
28th Floor
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Brent J. Lemon, Esq.
Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Blake Ragghianti
6431 Heidler Road
Fairview, PA 16415-2103

Christina French
141 Wetland Drive
Pittsburgh, PA 15217-2538

Danielle Ragghianti
6431 Heidler Road
Fairview, PA 16415-2103

David S. Klett
428 Boulevard of the Allies
Suite 300
Pittsburgh, PA 15219-1314

EA & Company
712 Kahkwa Boulevard
Erie, PA 16505-4608

Justina Tushak, CPA
712 Kahkwa Boulevard
Erie, PA 16505-4608

Kingfly Spirits LLC
2613 Smallman Street
Pittsburgh, PA 15222-4625

Mark Willson
141 Westland Drive
Pittsburgh, PA 15217-2538

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

TUGIRLS Inc.
712 Kahkwa Boulevard
Erie, PA 16505-4608

The Farneth Law Group LLC
c/o George R. Farneth II, Esq.
445 Fort Pitt Boulevard, Suite 160
Pittsburgh, PA 15219-1323

Wilsson1
141 Westland Drive
Pittsburgh, PA 15217-2538

Peoples Natural Gas Company, LLC
GRB Law
c/o Jeffrey R. Hunt, Esq.
525 William Penn Pl., Suite 3110
Pittsburgh, PA 15219

Timothy D. McNair, Esq.
821 State Street
Erie, PA 16501

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430