**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KINGFLY SPIRITS LLC, | ) | Case No. 26-20387-CMB |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_ Voluntary Petition - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules
\_\_\_\_\_ Schedule A - Real Property
  X   Schedule B - Personal Property
\_\_\_\_\_ Schedule C - Property Claimed as Exempt
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority
      Claims Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
  X   Schedule F - Creditors Holding Unsecured Nonpriority
      Claims Check one:
         \_\_\_\_\_ Creditor(s) added
          X   NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted

\_\_\_\_\_ Schedule G - Executory Contracts and Unexpired
      Leases Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted

_____   Schedule H - Codebtors
_____   Schedule I - Current Income of Individual Debtor(s)
_____   Schedule J - Current Expenditures of Individual Debtor(s)
_____   Statement of Financial Affairs
_____   Chapter 7 Individual Debtor's Statement of Intention
_____   Chapter 11 List of Equity Security Holders
_____   Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____   Disclosure of Compensation of Attorney for Debtor
_____   Other _____

Dated: March 20, 2026                    Respectfully submitted,

                                         CAMPBELL & LEVINE, LLC

                                         */s/ Kathryn L. Harrison*
                                         Kathryn L. Harrison, Esq.
                                         PA I.D. No. 209601
                                         Email: kharrison@camlev.com
                                         Joseph C. Bacharach, Esq.
                                         PA I.D. No. 336111
                                         Email:  jbacharach@camlev.com
                                         CAMPBELL & LEVINE, LLC
                                         310 Grant St., Suite 1700
                                         Pittsburgh, PA 15219
                                         Tel: 412-261-0310
                                         Fax: 412-261-5066

                                         *Counsel to the Debtor*

**Fill in this information to identify the case:**

Debtor name      **Kingfly Spirits LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **26-20387**

■ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.  **Cash on hand** | **$731.50** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Dollar Bank** | **Checking** | **7145** | **$74.95** |
| 3.2. | **Dollar Bank** | **Payroll Account** | **2639** | **$259.55** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                              **$1,066.00**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Debtor  **Kingfly Spirits LLC**                                                    Case number *(If known)* **26-20387**
　　　　　Name

■ Yes Fill in the information below.

**11.   Accounts receivable**

11a. 90 days old or less:          **2,411.37**      −                    **0.00**  = ....                    **$2,411.37**
　　　　　　　　　　　　　　face amount                     doubtful or uncollectible accounts

11a. 90 days old or less:          **1,811.37**      −                    **0.00**  = ....                    **$1,811.37**
　　　　　　　　　　　　　　face amount                     doubtful or uncollectible accounts

**12.   Total of Part 3.**                                                                          **$4,222.74**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **9 barrels of raw rum currently in possession of the Aging Room. Basis of lawsuit regarding settlement agreement between Aging Room and Kingfly which stipulated that the Aging Room would transfer to Kingfly.** | | **Unknown** | | **$0.00** |
| 20. | **Work in progress** **Various alcohol** | | **$5,000.00** | | **$5,000.00** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

**23.   Total of Part 5.**                                                                          **$5,000.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.   Is any of the property listed in Part 5 perishable?**
　　　　■ No
　　　　☐ Yes

Debtor   **Kingfly Spirits LLC**                                    Case number *(If known)*  **26-20387**
         Name

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Limited Distillery License - #84444 - L.Number AL34087** | **Unknown** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

Debtor    **Kingfly Spirits LLC**                                    Case number *(If known)*  **26-20387**
_____
Name

66.    **Total of Part 10.**                                                                          $0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor **Kingfly Spirits LLC**
Name

Case number *(If known)* **26-20387**

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">Part 12:</div>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,066.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,222.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,288.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $10,288.74 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Kingfly Spirits LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **26-20387** |

■ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62,578.78** |
|---|---|---|---|
| | **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4007** | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,991.29** |
|---|---|---|---|
| | **AMEX**<br>**PO Box 7871**<br>**Fort Lauderdale, FL 33329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **5003** | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Blake Ragghianti**<br>**6431 Heidler Road**<br>**Fairview, PA 16415** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90,000.00** |
|---|---|---|---|
| | **Christina French**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Kingfly Spirits LLC** | Case number (if known) | **26-20387** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danielle Ragghianti**
**6431 Heidler Road**
**Fairview, PA 16415**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David S. Klett**
**428 Boulevard of the Allies**
**Suite 300**
**Pittsburgh, PA 15219**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,370.00** |
|---|---|---|---|

**EA & Company**
**712 Kahkwa Boulevard**
**Erie, PA 16505**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,037.00** |
|---|---|---|---|

**Flaherty & O'Hara**
**317 East Carson St**
**Pittsburgh, PA 15219**

Date(s) debt was incurred __

Last 4 digits of account number  **7010**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,370.00** |
|---|---|---|---|

**Justina Tushak, CPA**
**712 Kahkwa Boulevard**
**Erie, PA 16505**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$61,246.01** |
|---|---|---|---|

**Mark Willson**
**141 Westland Drive**
**Pittsburgh, PA 15217**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$270,728.18** |
|---|---|---|---|

**The Farneth Law Group LLC**
**c/o George R. Farneth II, Esq.**
**445 Fort Pitt Boulevard, Suite 160**
**Pittsburgh, PA 15219**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Kingfly Spirits LLC** | Case number (if known) | **26-20387** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,370.00** |
|---|---|---|---|

**TUGIRLS Inc.**
**712 Kahkwa Boulevard**
**Erie, PA 16505**

☑ Contingent

Date(s) debt was incurred __

☑ Unliquidated

☑ Disputed

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$387,983.13** |
|---|---|---|---|

**Wilsson1**
**141 Westland Drive**
**Pittsburgh, PA 15217**

☐ Contingent

Date(s) debt was incurred __

☐ Unliquidated

☐ Disputed

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 991,674.39 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 991,674.39 |