**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KINGFLY SPIRITS LLC, | ) | Case No. 26-20387-CMB |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
__X__ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
  Check one:
   _____ Creditor(s) added
   _____ NO creditor(s) added
   _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority
  Claims Check one:
   _____ Creditor(s) added
   _____ NO creditor(s) added
   _____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority
  Claims Check one:
   _____ Creditor(s) added
   _____ NO creditor(s) added
   _____ Creditor(s) deleted

_____ Schedule G - Executory Contracts and Unexpired
  Leases Check one:
   _____ Creditor(s) added
   _____ NO creditor(s) added
   _____ Creditor(s) deleted

| | |
|---|---|
| _____ | Schedule H - Codebtors |
| _____ | Schedule I - Current Income of Individual Debtor(s) |
| _____ | Schedule J - Current Expenditures of Individual Debtor(s) |
| X | Statement of Financial Affairs |
| _____ | Chapter 7 Individual Debtor's Statement of Intention |
| _____ | Chapter 11 List of Equity Security Holders |
| _____ | Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims |
| _____ | Disclosure of Compensation of Attorney for Debtor |
| _____ | Other _____ |

Dated: March 23, 2026

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/ Kathryn L. Harrison*
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
Email: kharrison@camlev.com
Joseph C. Bacharach, Esq.
PA I.D. No. 336111
Email:  jbacharach@camlev.com
CAMPBELL & LEVINE, LLC
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel: 412-261-0310
Fax: 412-261-5066

*Counsel to the Debtor*

**Fill in this information to identify the case:**

Debtor name      **Kingfly Spirits LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **26-20387**

■ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$731.50** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Dollar Bank** | **Checking** | **7145** | **$74.95** |
| 3.2. | **Dollar Bank** | **Payroll Account** | **2639** | **$259.55** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**        **$1,066.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

Debtor  **Kingfly Spirits LLC**                                    Case number *(If known)*  **26-20387**
        Name

■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:          **2,411.37**    -          **0.00**  = ....          **$2,411.37**
                          face amount          doubtful or uncollectible accounts

11a. 90 days old or less:          **1,811.37**    -          **0.00**  = ....          **$1,811.37**
                          face amount          doubtful or uncollectible accounts

**12.** **Total of Part 3.**                                          **$4,222.74**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials 9 barrels of raw rum currently in possession of the Aging Room. Basis of lawsuit regarding settlement agreement between Aging Room and Kingfly which stipulated that the Aging Room would transfer to Kingfly. | | Unknown | | $0.00 |
| 20. | Work in progress Various alcohol | | $5,000.00 | | $5,000.00 |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies | | | | |

**23.** **Total of Part 5.**                                          **$5,000.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

| Debtor | **Kingfly Spirits LLC** | Case number *(If known)* **26-20387** |
|---|---|---|
| | Name | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** **Limited Distillery License - #84444 - L.Number AL34087** | **Unknown** | | **$0.00** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

Debtor      **Kingfly Spirits LLC**                                          Case number *(If known)*  **26-20387**
                   Name

66.    **Total of Part 10.**                                                                                          **$0.00**

         Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
         ■ No
         ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor   **Kingfly Spirits LLC**                                          Case number *(If known)*  **26-20387**
Name

<hr>

**Part 12:**     **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,066.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,222.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,288.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $10,288.74 |

**Fill in this information to identify the case:**

Debtor name   **Kingfly Spirits LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **26-20387**

■ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business <br> ☐ Other _____ | $64,232.00 |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business <br> ☐ Other _____ | $946,174.00 |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business <br> ☐ Other _____ | $707,684.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|

Debtor   **Kingfly Spirits LLC**                                Case number *(if known)* **26-20387**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Amerian Express**<br>**PO Box 360002**<br>**Ft. Lauderdale, FL 33336-0002** | **12/3/25;**<br>**1/3/26; 2/3/26** | **$34,441.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Credit Card**__ |
| 3.2. | **Angela Parisi CPA PLLC**<br>**254 West Main Street**<br>**Saxonburg, PA 16056** | **11/26/2025;**<br>**12/05/2025;**<br>**12/16/2025;**<br>**12/16/2025;**<br>**12/22/2025;**<br>**01/05/2026;**<br>**01/12/2026;**<br>**01/16/2026;**<br>**01/27/2026;**<br>**01/29/2026;**<br>**01/30/2026;**<br>**02/05/2026** | **$12,568.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **01/07/2025;**<br>**01/18/2025;**<br>**02/18/2025;**<br>**04/02/2025;**<br>**05/16/2025;**<br>**07/07/2025;**<br>**08/07/2025;**<br>**08/18/2025;**<br>**09/15/2025;**<br>**09/30/2025;**<br>**10/20/2025;**<br>**12/16/2025;**<br>**01/05/2026** | **$111,507.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rental Payments.**__ |
| 3.4. | **Meyer Unkovic & Scott LLP**<br>**600 Grant St**<br>**50th floor**<br>**Pittsburgh, PA 15219** | **12/01/2025;**<br>**01/22/2026;**<br>**02/04/2026** | **$9,344.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Allegheny Co Treasurer**<br>**Room 108, Courthouse**<br>**436 Grant Street**<br>**Pittsburgh, PA 15219** | **12/17/2025;**<br>**01/15/2026;**<br>**02/06/2026** | **$11,217.89** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Alcohol Sales Tax**__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

Debtor   **Kingfly Spirits LLC**                                    Case number *(if known)*  **26-20387**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Iberian Copper Still. Purchase/cost value.** | **5/28/25** | **$724.00** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **RO & Carbon Water Filters. Purchase/cost value. (Flex-lite RO System, Flex-lite RO Tanks)** | **5/28/25** | **$8,350.39** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Bottling Area Equpment. Purchase/cost value. (Glass Bottles - Liter Cork Glass Bottles - Liter Screw Top; Glass Cali Long Neck Bottles - 375ml Clear; Glass Cali Long Neck Bottles - 375ml Frosted; Wooden Cork Stoppers Case; Black Cork Stoppers Case; Wax blocks - seals; Labeling Machine; Gravity Bottling Station - 6 nozzle; Mori Gravity Bottling Station - 4 nozzle; Bottling Station platform; Lab Glass; Demijohns - 50L; SS Milk Cans - 40L; SS Milk Cans - 25L)** | **5/28/26** | **$7,685.76** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Tap System. Purchase/cost value.** | **5/28/25** | **$12,228.81** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Tasting Bar Equipment. Purchase/cost value.** | **5/28/25** | **$50,911.97** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Draftmaster System. Purchase/cost value.** | **5/28/25** | **$2,916.88** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Small Bar Equipment. Purchase/cost value.** | **5/28/25** | **$12,804.89** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Distillery System. Purchase/cost value. (Muller Hybrid Copper Pot Still & Distillation System; Distilling Boiler System; Anton Paar Meter; Carboy)** | **5/28/25** | **$141,944.31** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Snap51 Portable Alcohol. Purchase/cost value.** | **5/28/25** | **$5,167.59** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Barrell Inventory. Purchase/cost value.** | **5/28/25** | **$570.00** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Sonos Sound System. Purchase/cost value.** | **5/28/25** | **$3,772.78** |

Debtor   **Kingfly Spirits LLC**                                    Case number *(if known)*  **26-20387**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Coffee Equipment. Purchase/cost value. (Espresso Machine; Espresso Grinder; Coffee Maker; Coffee Grinder)** | **5/28/25** | **$7,941.97** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Tasting Bar Furniture. Purchase/cost value.** | **5/28/25** | **$7,941.97** |
| **Pittsburgh POS**<br>**384 Route 909**<br>**Verona, PA 15147** | **Point of Sale System. Lease of POS was terminated prior to petition date.** | **5/28/25** | **$1,942.05** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Security System. Obsolete and not functioning.** | **5/28/25** | **$0.00** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Portable AC Unit. Purchase/cost value.** | **5/28/25** | **$3,080.55** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Furniture & Fixtures. Purchase/cost value.** | **5/28/25** | **$22,355.19** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Urban Tree - Kingfly Sculpture. Purchase/cost value.** | **5/28/25** | **$2,760.08** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Motor & Pump - Foothill Room. Purchase/cost value.** | **5/28/25** | **$2,101.46** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Commonplace Coffee - Equpment. Purchase/cost value.** | **5/28/25** | **$3,249.18** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Slushie Machine. Purchase/cost value.** | **5/28/25** | **$4,090.02** |
| **Wilsson1, LLC**<br>**141 Westland Drive**<br>**Pittsburgh, PA 15217** | **Trademark Kingfly Spirits. Purchase/cost value.** | **5/28/25** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Kingfly Spirits LLC**                                    Case number *(if known)*  **26-20387**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Kingfly Spirits LLC v. Blake Ragghianti v. Mark Willson and Wilsson1, LLC**<br>**GD-20-2719** | | **Court of Common Pleas Allegheny County**<br>**437 Grant Street**<br>**Pittsburgh, PA 15219** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Wilsson1, LLC v. Kingfly Spirits**<br>**GD-21-14085** | | **Court of Common Pleas Allegheny County**<br>**437 Grant Street**<br>**Pittsburgh, PA 15219** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **The Aging Room, LLC v. Kingfly Spirits LLC, Mark Willson, and Blake Ragghianti**<br>**GD-24-1153** | | **Court of Common Pleas Allegheny County**<br>**437 Grant Street**<br>**Pittsburgh, PA 15219** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **David S. Klett v. Mark J. Willson, Ebbrezza, Inc., Kingfly Spirits LLC, George R. Farneth, II, The Farneth Law Groupd, LLC, Nicholas A. Miller, and Brenlove & Fuller, LLC.**<br>**GD-25-8236** | | **Court of Common Pleas Allegheny County**<br>**437 Grant Street**<br>**Pittsburgh, PA 15219** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Blake Ragghianti and Danielle Ragghianti v. Mark J. Willson, Ebbrezza, Inc., Kingfly Spirits LLC, George R. Farneth, II, the Farneth Law Group, LLC, Nicholas A. Miller, and Brenlove & Fuller, LLC.**<br>**GD-25-005403** | | **Court of Common Pleas Allegheny County**<br>**437 Grant Street**<br>**Pittsburgh, PA 15219** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Tugirls Inc., d/b/a/ Justina Tushak, CPA, E A & Company, v. Kingfly Spirits LLC formally doing business as Port of Pittsburgh Distillery, LLC**<br>**2020-12021** | | **Court of Common Please of Erie County**<br>**140 W 6th St.**<br>**Erie, PA 16501** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.7. | **Farneth Law Group, LLC v. Kingfly Spirits LLC and Mark Willson**<br>**gd-26-1338** | | **Court of Common Pleas Allegheny County**<br>**437 Grant Street**<br>**Pittsburgh, PA 15219** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   **Kingfly Spirits LLC**                                  Case number *(if known)*  **26-20387**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Campbell & Levine, LLC**<br>**1700 Grant Building**<br>**Pittsburgh, PA 15219** | | **12/3/3035** | **$7,500.00** |
| | **Email or website address**<br>**www.camlev.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | **Kingfly Spirits LLC** | | Case number *(if known)* **26-20387** |
|---|---|---|---|

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   **Health Care Bankruptcies**

---

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■   No. Go to Part 9.
☐   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

■   No.
☐   Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■   No. Go to Part 10.
☐   Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | **Kingfly Spirits LLC** | Case number *(if known)* **26-20387** |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Mark Willson and Christina French 141 Westland Drive Pittsburgh, PA 15217** | **2613 Smallman St Pittsburgh, PA 15222** | **Musical Equipment, Sound Equipment, Lighting Equipment, Art, Furniture.** | **$0.00** |

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | **Kingfly Spirits LLC** | Case number *(if known)* **26-20387** |
|---|---|---|

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Angela Parisi CPA PLLC 254 West Main Street Saxonburg, PA 16056** | **Ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Willson | 141 Westland Drive Pittsburgh, PA 15217 | Owner | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christina French | 141 Westland Drive Pittsburgh, PA 15217 | Director of Development and Operations | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor      **Kingfly Spirits LLC**                                                          Case number *(if known)*  **26-20387**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 23, 2026**

**/s/ Mark Willson**                                             **Mark Willson**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes