**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**KINGFLY SPIRITS, LLC**                    **Bankruptcy No. 26-20387-CMB**

                                    **Chapter 7**
          **Debtor.**

**NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF**
**MARK WILLSON AND WILSSON 1, LLC**

TO THE CLERK, U.S. BANKRUPTCY COURT:

        Kindly enter my appearance on behalf of Interested Parties, Mark Willson and

Wilsson 1, LLC, in the above-captioned matter, and add my name to the mailing matrix

to receive notices of all matters in this case.


April 21, 2026                         Respectfully submitted,


                                    */s/Ryan J. Cooney*
                                    RYAN J. COONEY
                                    PA I.D. #319213
                                    Cooney Law Offices
                                    223 Fourth Avenue, 4th Fl.
                                    Pittsburgh, PA  15222
                                    (412) 546-1234 (phone)
                                    (412) 546-1235 (facsimile)
                                    Email:  rcooney@cooneylawyers.com


                                    Attorney for Interested Parties,
                                    Mark Willson and Wilsson 1, LLC