**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 26-20387-CMB |
| | ) | |
| KINGFLY SPIRITS, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Carlota M. Bohm |
| | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Document No. ___ |
| Chapter 7 Trustee of Kingfly Spirits LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |
| | ) | |

**EXHIBIT "A"
TO THE APPLICATION FOR ORDER AUTHORIZING CHAPTER 7 TRUSTEE
TO EMPLOY COUNSEL, *NUNC PRO TUNC*__**

## <u>VERIFICATION OF JOHN M. STEINER</u>
## <u>PURSUANT TO BANKRUPTCY RULE 2014(a)</u>

I, John M. Steiner, Esquire, hereby make this solemn oath that:

1. I am an attorney and counselor at law, duly admitted to practice in the State of Pennsylvania and in this Court.

2. I am an equity partner in the law firm of Leech Tishman Fuscaldo & Lampl, LLC ("<u>Leech Tishman</u>").  Leech Tishman maintains its offices for the practice of law at 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219.

3. To the best of my knowledge, neither I nor any member, partner, or associate of Leech Tishman holds any connection or adverse interest to the Debtor, Kingfly Spirits, LLC (the "<u>Debtor</u>"), its creditors, or any other party in interest, their respective attorneys and/or accountants, the United States Trustee or any person employed in the office of the United States Trustee, except for the following:

    a. Crystal H. Thornton-Illar, the Chapter 7 Trustee, is a partner at Leech Tishman; and

    b. Crystal H. Thornton-Illar also serves as a Subchapter V Trustee and on the chapter 7 panel of trustees, which are overseen by the office of the United States Trustee.

4. Leech Tishman, its members, partners, and associates are "disinterested persons" as that term is defined by 11 U.S.C. § 101(14).

5. Leech Tishman, its members, partners, and associates are well-qualified to represent the Chapter 7 Trustee in the within proceedings.

6. The terms of employment of Leech Tishman, as agreed to by the Chapter 7 Trustee and subject to approval of the Bankruptcy Court, are that certain attorneys and other

personnel within Leech Tishman will undertake this representation at their standard hourly rates, plus reimbursement of the actual and necessary expenses incurred including, but not limited to, travel, photocopying, computer research, PACER charges, telecopying, postage, long distance and such other charges, which are customarily charged to the Leech Tishman's clients.  Leech Tishman's current hourly rates as of January 1, 2026 are as follows:

| | |
|---|---|
| Partner and Counsel Time | $350.00 to $1550.00/hour |
| Associate Time | $335.00 to $785.00/hour |
| Paralegals, Firm and Law Clerks | $160.00 to $465.00/hour |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions usually on January 1st of each year.

*/s/ John M. Steiner*
John M. Steiner, Esquire