**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 26-20387-CMB |
| | ) | |
| KINGFLY SPIRITS, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Carlota M. Bohm |
| | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Document No. 26 |
| Chapter 7 Trustee of Kingfly Spirits LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |
| | ) | |

**ORDER OF COURT**

On this 6th day of May, 2026, upon consideration of the Application for Order Authorizing Chapter 7 Trustee to Employ Counsel, *Nunc Pro Tunc* (the "Application") and upon the Verification of John M. Steiner, a partner in the law firm of Leech Tishman Fuscaldo & Lampl, LLC ("Leech Tishman"), it is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1)     The Application is approved as of the date the Application was filed.

(2)     Leech Tishman is hereby appointed as Attorney for the Chapter 7 Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

(3)     Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the

fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4)     Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5)     Applicant shall serve this Order on all interested parties and file a certificate of service.

BY THE COURT:

The Honorable Carlota M. Böhm     **dmr**
United States Bankruptcy Judge

cc: Debtor
    Counsel
    Office of the United States Trustee

FILED
5/6/26 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA