**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 26-20387-CMB |
| | ) | |
| KINGFLY SPIRITS, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Carlota M. Bohm |
| _____ | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Document No. _26_ |
| Chapter 7 Trustee of Kingfly Spirits LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |
| _____ | ) | |

**ORDER OF COURT**

On this _6th_ day of _May_, 2026, upon consideration of the Application for Order Authorizing Chapter 7 Trustee to Employ Counsel, *Nunc Pro Tunc* (the "Application") and upon the Verification of John M. Steiner, a partner in the law firm of Leech Tishman Fuscaldo & Lampl, LLC ("Leech Tishman"), it is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1)    The Application is approved as of the date the Application was filed.

(2)    Leech Tishman is hereby appointed as Attorney for the Chapter 7 Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

(3)    Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the

fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4)     Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5)     Applicant shall serve this Order on all interested parties and file a certificate of service.

BY THE COURT:

The Honorable Carlota M. Böhm        **dmr**
United States Bankruptcy Judge

cc: Debtor
    Counsel
    Office of the United States Trustee

FILED
5/6/26 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 26-20387-CMB

Kingfly Spirits LLC                                                                   Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

**Recip ID              Recipient Name and Address**
db                        + Kingfly Spirits LLC, 2613 Smallman Street, Pittsburgh, PA 15222-4625

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kathryn L. Harrison | on behalf of Debtor Kingfly Spirits LLC klh@camlev.com hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |

District/off: 0315-2                              User: auto                                    Page 2 of 2

Date Rcvd: May 06, 2026                          Form ID: pdf900                               Total Noticed: 1

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ryan J Cooney
                        on behalf of Interested Party Wilsson 1  LLC rcooney@cooneylawyers.com

Ryan J Cooney
                        on behalf of Interested Party Mark Willson rcooney@cooneylawyers.com

Timothy Dean McNair
                        on behalf of Creditor Blake Ronald Ragghianti tmcnair@mcnairlaw.com  tmcnair.mcnairlaw.com@recap.email

Timothy Dean McNair
                        on behalf of Creditor Danielle Downey Ragghianti tmcnair@mcnairlaw.com  tmcnair.mcnairlaw.com@recap.email


TOTAL: 10