**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **KINGFLY SPIRITS, LLC,** | **Case No. 26-20387-CMB** |
| **Debtor,** | **Chapter 7** |
| **WILSSON1, LLC,** | **Related to Doc No. 1** |
| **Movant,** | |
| **v.** | |
| **KINGFLY SPIRITS, LLC,** | |
| **Respondent.** | |

**ORDER OF COURT**

**AND NOW**, this ___ day of ______, 2026, upon consideration of the Motion to Determine that the Automatic Stay Does Not Apply filed by Wilsson1, LLC (the "Motion"), and after notice and opportunity for hearing as appropriate, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED to the extent set forth herein.

2. The Court determines that the automatic stay imposed by 11 U.S.C. § 362(a) does not apply to the Allegheny County Court of Common Pleas' adjudication of the Motion to Strike Lis Pendens filed May 24, 2024, and the related Response filed October 18, 2024, in Case No. GD-20-002719.

3. This determination is limited to the foregoing motion practice concerning the lis pendens indexed by Blake Ragghianti against the Movant's property located at 2613 Smallman Street, Pittsburgh, PA 15222, Parcel ID 0025-

J-00187-0000-00, and does not extend to any other claims, parties, or proceedings in the civil action.

4. No relief is granted herein with respect to any matter other than the adjudication of the Motion to Strike Lis Pendens and the related Response, and all other rights and defenses of the parties are preserved.

Date: ____________________

______________________________
The Honorable Carlota M. Böhm
United States Bankruptcy Judge