**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **KINGFLY SPIRITS, LLC,** | **Bankruptcy No. 26-20387-CMB** |
| **Debtor.** | **Chapter 7** |
| **WILSSON1, LLC,** | **Document No.** |
| **Movant,** | **Related to Doc. Nos. 1, 29** |
| **vs.** | |
| **KINGFLY SPIRITS, LLC,** | **Hearing Date and Time: September 30, 2026 at 10:30 a.m.** |
| **Respondent.** | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF WILSSON1, LLC TO DETERMINE
THAT THE AUTOMATIC STAY DOES NOT APPLY**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

**You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than September 18, 2026** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at https://www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

**An in-person hearing will be held on September 30, 2026, at 10:30 a.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219**. In accordance with Judge Böhm's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Böhm's website (which can be found at https://www.pawb.uscourts.gov/judge-bohms-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to

the scheduled hearing. All parties participating remotely shall comply with Judge Böhm's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-1.

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: September 1, 2026

*/s/ Ryan J. Cooney*
RYAN J. COONEY
PA I.D. #319213
Cooney Law Offices LLC
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
(412) 546-1234 (phone)
(412) 546-1235 (facsimile)
Email: rcooney@cooneylawyers.com