**IN IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **KINGFLY SPIRITS, LLC,** | **Bankruptcy No. 26-20387-CMB** |
| **Debtor.** | **Chapter 7** |
| **WILSSON1, LLC,** | **Document No.** |
| **Movant,** | **Related to Doc. Nos. 1, 29** |
| **vs.** | |
| **KINGFLY SPIRITS, LLC,** | **Hearing Date and Time:** **September 30, 2026 at 10:30 a.m.** |
| **Respondent.** | |

## CERTIFICATE OF SERVICE

I, Ryan J. Cooney, hereby certify, that on the 1st day of September 2026, true and correct copies of the **NOTICE OF HEARING AND RESPONSE DEADLINE AND MOTION TO DETERMINE THAT THE AUTOMATIC STAY DOES NOT APPLY** were served upon the following *(via First Class U.S. Mail):*

SEE ATTACHED COMPLETE MAILING MATRIX

Date: September 1, 2026

*/s/ Ryan J. Cooney*

Ryan J. Cooney
PA I.D. #319213
The Cooney Law Offices LLC
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 456-1234 (phone)
(412) 456-1235 (facsimile)
Email: rcooney@cooneylawyers.com