Label Matrix for local noticing
0315-2
Case 26-20387-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Sep 1 15:18:32 EDT 2026

American Express
PO Box 981537
El Paso, TX 79998-1537

Blake Ragghianti
6431 Heidler Road
Fairview, PA 16415-2103

Christina French
141 Westland Drive
Pittsburgh, PA 15217-2538

Ryan J Cooney
Cooney Law Offices LLC
223 Fourth Avenue
Ste 4th Floor
Pittsburgh, PA 15222-1717

Danielle Ragghianti
6431 Heidler Road
Fairview, PA 16415-2103

David S. Klett
428 Boulevard of the Allies
Suite 300
Pittsburgh, PA 15219-1314

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

EA & Company
712 Kahkwa Boulevard
Erie, PA 16505-4608

Kathryn L. Harrison
Campbell & Levine, LLC
310 Grant Street
Suite 1700
Pittsburgh, PA 15219-2348

Jeffrey Hunt
GRB Law
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219-1753

Justina Tushak, CPA
712 Kahkwa Boulevard
Erie, PA 16505-4608

Kingfly Spirits LLC
2613 Smallman Street
Pittsburgh, PA 15222-4625

KrugerHenry
317 E Carson Street
Suite 333
Pittsburgh, PA 15219-1242

Brent J. Lemon
Bernstein Burkley
601 Grant Street
9th Floor
Pittsburgh, PA 15219-4430

Mark Willson
141 Westland Drive
Pittsburgh, PA 15217-2538

Timothy Dean McNair
Law Offices of Timothy D. McNair
821 State St.
Erie, PA 16501-1316

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

Blake Ronald Ragghianti
6431 Heidler Raod
, PA 16415 Erie 16415-2103

Danielle Downey Ragghianti
6431 Heidler Road
, PA 16415 Erie 16415-2103

TUGIRLS Inc.
712 Kahkwa Boulevard
Erie, PA 16505-4608

The Farneth Law Group LLC
c/o George R. Farneth II, Esq.
445 Fort Pitt Boulevard, Suite 160
Pittsburgh, PA 15219-1323

Crystal H. Thornton-Illar
LEECHTISHMAN
525 William Penn Place
28th Floor
Pittsburgh, PA 15219-1728

Wilsson 1, LLC
c/o Cooney Law Offices, LLC
223 Fourth Avenue
4th Floor
Pittsburgh, PA 15222-1717

Wilsson1
141 Westland Drive
Pittsburgh, PA 15217-2538

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Crystal H. Thornton-Illar
LEECHTISHMAN
525 William Penn Place
28th Floor
Pittsburgh, PA 15219-1728

(d)Mark Willson
141 Westland Drive
Pittsburgh, PA 15217-2538

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 27 |
| Bypassed recipients | 2 |
| Total | 29 |