**IN IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **KINGFLY SPIRITS, LLC,** | **Bankruptcy No. 26-20387-CMB** |
| **Debtor.** | **Chapter 7** |
| **WILSSON1, LLC,** | **Document No.** |
| **Movant,** | **Related to Doc. Nos. 1, 29, 30** |
| **vs.** | |
| **KINGFLY SPIRITS, LLC,** | **Hearing Date and Time:**<br>**September 30, 2026 at 10:30 a.m.** |
| **Respondent.** | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO**
**DETERMINE THAT THE AUTOMATIC STAY DOES NOT APPLY**

Ryan J. Cooney, Counsel for the Movant, hereby certifies that:

1. The Motion to Determine that the Automatic Stay Does Not Apply was filed with the Bankruptcy Court on September 1, 2026, at Document No. 29.

2. The Response/Objection Deadline of September 18, 2026 has passed and no objections or responses appear on the docket nor were they served upon Ryan J. Cooney or anyone from Cooney Law Offices, LLC.

Respectfully Submitted,

Date: September 21, 2026

*/s/ Ryan J. Cooney*
RYAN J. COONEY
PA I.D. # 319213
Cooney Law Offices, LLC
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 546-1234 (phone)
(412) 546-1235 (facsimile)
Email: rcooney@cooneylawyers.com