**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **KINGFLY SPIRITS, LLC,** | **Case No. 26-20387-CMB** |
| **Debtor,** | **Chapter 7** |
| **WILSSON1, LLC,** | Related to: Document No. 29 |
| **Movant,** | **ENTERED BY DEFAULT** |
| **v.** | |
| **KINGFLY SPIRITS, LLC,** | |
| **Respondent.** | |

**ORDER OF COURT**

**AND NOW**, this 21st day of September, 2026, upon consideration of the Motion to Determine that the Automatic Stay Does Not Apply filed by Wilsson1, LLC (the "Motion"), and after notice and opportunity for hearing as appropriate, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED to the extent set forth herein.

2. The Court determines that the automatic stay imposed by 11 U.S.C. § 362(a) does not apply to the Allegheny County Court of Common Pleas' adjudication of the Motion to Strike Lis Pendens filed May 24, 2024, and the related Response filed October 18, 2024, in Case No. GD-20-002719.

3. This determination is limited to the foregoing motion practice concerning the lis pendens indexed by Blake Ragghianti against the Movant's property located at 2613 Smallman Street, Pittsburgh, PA 15222, Parcel ID 0025-

J-00187-0000-00, and does not extend to any other claims, parties, or proceedings in the civil action.

4. No relief is granted herein with respect to any matter other than the adjudication of the Motion to Strike Lis Pendens and the related Response, and all other rights and defenses of the parties are preserved.

Carlota M. Böhm glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
9/21/26 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kingfly Spirits LLC
Debtor

Case No. 26-20387-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Sep 21, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kingfly Spirits LLC, 2613 Smallman Street, Pittsburgh, PA 15222-4625 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kathryn L. Harrison | on behalf of Debtor Kingfly Spirits LLC klh@camlev.com hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |

| | |
|---|---|
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ryan J Cooney | on behalf of Interested Party Mark Willson rcooney@cooneylawyers.com |
| Ryan J Cooney | on behalf of Interested Party Wilsson 1 LLC rcooney@cooneylawyers.com |
| Timothy Dean McNair | on behalf of Creditor Danielle Downey Ragghianti tmcnair@mcnairlaw.com tmcnair.mcnairlaw.com@recap.email |
| Timothy Dean McNair | on behalf of Creditor Blake Ronald Ragghianti tmcnair@mcnairlaw.com tmcnair.mcnairlaw.com@recap.email |

TOTAL: 10