# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: admin | Date Created: 09/30/2026 |
| Case: 26−20387−JCM | Form ID: 154 | Total: 27 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Crystal H. Thornton−Illar | cthornton−illar@leechtishman.com |
| aty | Brent J. Lemon | Brent.Lemon@mccalla.com |
| aty | Crystal H. Thornton−Illar | cthornton−illar@leechtishman.com |
| aty | Jeffrey Hunt | ecfpeoples@grblaw.com |
| aty | Kathryn L. Harrison | klh@camlev.com |
| aty | Ryan J Cooney | rcooney@cooneylawyers.com |
| aty | Timothy Dean McNair | tmcnair@mcnairlaw.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Kingfly Spirits LLC 2613 Smallman Street Pittsburgh, PA 15222 |
| cr | Duquesne Light Company c/o Bernstein−Burkley, P.C. 601 Grant Street, 9th Floor Pittsburgh, PA 15219 |
| cr | Peoples Natural Gas Company LLC GRB Law c/o Jeffrey R. Hunt, Esquire 525 William Penn Place, Suite 3110 Pittsburgh, PA 15219 UNITED STATES |
| cr | Danielle Downey Ragghianti 6431 Heidler Road , PA 16415 ERIE |
| cr | Blake Ronald Ragghianti 6431 Heidler Raod , PA 16415 ERIE |
| intp | Mark Willson 141 Westland Drive Pittsburgh, PA 15217 |
| intp | Wilsson 1, LLC c/o Cooney Law Offices, LLC 223 Fourth Avenue 4th Floor Pittsburgh, PA 15222 |
| 16635915 | American Express PO Box 981537 El Paso, TX 79998 |
| 16635916 | Blake Ragghianti 6431 Heidler Road Fairview, PA 16415 |
| 16635917 | Christina French 141 Westland Drive Pittsburgh, PA 15217 |
| 16635918 | Danielle Ragghianti 6431 Heidler Road Fairview, PA 16415 |
| 16635919 | David S. Klett 428 Boulevard of the Allies Suite 300 Pittsburgh, PA 15219 |
| 16635920 | EA & Company 712 Kahkwa Boulevard Erie, PA 16505 |
| 16635921 | Justina Tushak, CPA 712 Kahkwa Boulevard Erie, PA 16505 |
| 16662636 | KrugerHenry 317 E Carson Street Suite 333 Pittsburgh, PA 15219 |
| 16635922 | Mark Willson 141 Westland Drive Pittsburgh, PA 15217 |
| 16635924 | TUGIRLS Inc. 712 Kahkwa Boulevard Erie, PA 16505 |
| 16635923 | The Farneth Law Group LLC c/o George R. Farneth II, Esq. 445 Fort Pitt Boulevard, Suite 160 Pittsburgh, PA 15219 |
| 16635925 | Wilsson1 141 Westland Drive Pittsburgh, PA 15217 |

TOTAL: 19