Form 154

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA** 38

In re:

Bankruptcy Case No.: 26−20387−JCM

Chapter: 7

**Kingfly Spirits LLC**
47−3161782
Debtor(s)

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **December 9, 2026**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
U.S. Bankruptcy Court
c/o CLAIMS CLERK
5414 U.S Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

Dated: 9/30/26

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 26-20387-JCM

Kingfly Spirits LLC Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: admin Page 1 of 2

Date Rcvd: Sep 30, 2026 Form ID: 154 Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kingfly Spirits LLC, 2613 Smallman Street, Pittsburgh, PA 15222-4625 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| intp | + | Wilsson 1, LLC, c/o Cooney Law Offices, LLC, 223 Fourth Avenue, 4th Floor, Pittsburgh, PA 15222-1717 |
| 16635916 | + | Blake Ragghianti, 6431 Heidler Road, Fairview, PA 16415-2103 |
| 16635917 | + | Christina French, 141 Westland Drive, Pittsburgh, PA 15217-2538 |
| 16635918 | + | Danielle Ragghianti, 6431 Heidler Road, Fairview, PA 16415-2103 |
| 16635919 | + | David S. Klett, 428 Boulevard of the Allies, Suite 300, Pittsburgh, PA 15219-1314 |
| 16635920 | + | EA & Company, 712 Kahkwa Boulevard, Erie, PA 16505-4608 |
| 16635921 | + | Justina Tushak, CPA, 712 Kahkwa Boulevard, Erie, PA 16505-4608 |
| 16662636 | + | KrugerHenry, 317 E Carson Street, Suite 333, Pittsburgh, PA 15219-1242 |
| 16635922 | + | Mark Willson, 141 Westland Drive, Pittsburgh, PA 15217-2538 |
| 16635924 | + | TUGIRLS Inc., 712 Kahkwa Boulevard, Erie, PA 16505-4608 |
| 16635923 | + | The Farneth Law Group LLC, c/o George R. Farneth II, Esq., 445 Fort Pitt Boulevard, Suite 160, Pittsburgh, PA 15219-1323 |
| 16635925 | + | Wilsson1, 141 Westland Drive, Pittsburgh, PA 15217-2538 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 01 2026 02:11:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16635915 | + | Email/PDF: bncnotices@becket-lee.com | Oct 01 2026 02:14:51 | American Express, PO Box 981537, El Paso, TX 79998-1537 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Blake Ronald Ragghianti, 6431 Heidler Raod, ERIE |
| cr | | Danielle Downey Ragghianti, 6431 Heidler Road, ERIE |
| intp | *+ | Mark Willson, 141 Westland Drive, Pittsburgh, PA 15217-2538 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kathryn L. Harrison | on behalf of Debtor Kingfly Spirits LLC klh@camlev.com hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ryan J Cooney | on behalf of Interested Party Wilsson 1 LLC rcooney@cooneylawyers.com |
| Ryan J Cooney | on behalf of Interested Party Mark Willson rcooney@cooneylawyers.com |
| Timothy Dean McNair | on behalf of Creditor Danielle Downey Ragghianti tmcnair@mcnairlaw.com tmcnair.mcnairlaw.com@recap.email |
| Timothy Dean McNair | on behalf of Creditor Blake Ronald Ragghianti tmcnair@mcnairlaw.com tmcnair.mcnairlaw.com@recap.email |

TOTAL: 10