**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 26-20387-JCM |
| | : | |
| KINGFLY SPIRITS LLC, | : | Chapter 7 |
| | : | |
| Debtor. | : | The Honorable John C. Melaragno |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that the party named below, pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §(1) and all other applicable law, enters his appearance as counsel for Chapter 7 Trustee, Crystal H. Thornton-Illar and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the party as listed at the following address and telephone number:

Michael P. Kruszewski, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
100 State Street, Suite 103 B
Erie, PA 16507
Telephone: 814.273.7100
Facsimile: 412.227.5551
mkruszewski@leechtishman.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand not only includes notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices and any applications, motions or petitions, pleadings, requests, complaints or demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization and disclosure

statements, including all amendments to any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimiles or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Respectfully submitted,

LEECH TISHMAN FUSCALDO &
LAMPL, LLC

Dated: October 5, 2026

By: *_/s/ Michael P. Kruszewski_*

Michael P. Kruszewski (PA I.D. #91239)
100 State Street, Suite 103 B
Erie, PA 16507
Telephone: 814.273.7100
Facsimile: 412.227.5551
mkruszewski@leechtishman.com

*Counsel for Chapter 7 Trustee,*
*Crystal H. Thornton-Illar*