**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 26-20387-JCM |
| | : | |
| KINGFLY SPIRITS LLC, | : | Chapter 7 |
| | : | |
| Debtor. | : | The Honorable John C. Melaragno |

## CERTIFICATE OF SERVICE

I, Michael P. Kruszewski, an attorney, hereby certify that on October 5, 2026, a copy of the foregoing **Notice of Appearance and Request for Notices** was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Western District of Pennsylvania.

*/s/ Michael P. Kruszewski*
Michael P. Kruszewski
*Counsel for Debtor, David Wayne Russell*