# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Amended Complaint, *Ragghianti v. Willson, et al.*, No. GD-25-005403 (Allegheny C.C.P. filed Aug. 14, 2025) |
| Exhibit B | Memorandum Order, Doc. 171, No. 1:22-cv-00050-CB (W.D. Pa. Sept. 25, 2023) |
| Exhibit C | Suggestion of Bankruptcy (filed Feb. 18, 2026) |
| Exhibit D | Amended Motion to Stay Proceedings of The Farneth Law Group, LLC (filed May 18, 2026) |
| Exhibit E | Order of Court dated June 11, 2026, No. GD-25-005403 |
| Exhibit F | Plaintiffs' Motion to Sever Defendant Kingfly Spirits, LLC and to Continue Proceedings Against Remaining Defendants |
| Exhibit G | Order dated October 14, 2025, *Tugirls, Inc. v. Kingfly Spirits, LLC*, No. 12021-2020 (Erie C.C.P.) |
| Exhibit H | Order dated April 24, 2026, No. 1475 WDA 2025 (Pa. Super.) |
| Exhibit I | Kingfly Spirits LLC's Reservation of Rights in Response to Plaintiffs' Motion to Sever (filed June 1, 2026) |
| Exhibit J | Farneth Law Group, LLC's Response in Opposition to Plaintiffs' Motion to Sever (filed June 1, 2026) |
| Exhibit K | Consent Order dated November 20, 2025 dismissing Count II without prejudice, No. GD-25-005403 |