# EXHIBIT C

---

**Suggestion of Bankruptcy**

No. GD-25-005403 (Allegheny C.C.P.)

Filed February 18, 2026

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

BLAKE RAGGHIANTI, and DANIELLE RAGGHIANTI,

Plaintiffs,

v.

MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS LLC, GEORGE R. FARNETH, II, THE FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC,

Defendants.

CIVIL DIVISION

No.: **GD-25-005403**

TYPE OF PLEADING:

**SUGGESTION OF BANKRUPTCY**

FILED ON BEHALF OF:
KINFGLFY SPIRITS LLC,

Defendant

COUNSEL OF RECORD FOR THIS PARTY:

Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
Joseph C. Bacharach, Esq.
PA I.D. No. 336111
jbacharach@camlev.com

CAMPBELL & LEVINE, LLC
The Grant Building
310 Grant Street, Suite 1700
Pittsburgh, Pennsylvania 15219

TELEPHONE: (412) 261-0310
FACSIMILE: (412) 261-5066

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| BLAKE RAGGHIANTI, and DANIELLE RAGGHIANTI,<br><br>Plaintiffs,<br><br>v.<br><br>MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS LLC, GEORGE R. FARNETH, II, THE FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC,<br><br>Defendants. | CIVIL DIVISION<br><br>No.: **GD-25-005403** |

## SUGGESTION OF BANKRUPTCY

Kingfly Spirits LLC (the "Debtor") through its undersigned counsel, sets forth this Suggestion of Bankruptcy as follows:

1. On February 10, 2026, the Debtor filed a voluntary bankruptcy petition under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court"). Debtor's chapter 7 case is being administered at Case No. 26-20387. A copy of the Debtor's Notice of Bankruptcy Case Filing is attached hereto as Exhibit A.

2. As a result of the aforesaid chapter 7 bankruptcy filing, under the provisions of 11 U.S.C. § 362(a), no suit, process or proceeding may be commenced or continued against the Debtor, or property of the Debtor, without leave of the Bankruptcy Court.

3. Accordingly, until such time as the plaintiffs obtain an order from the Bankruptcy Court lifting or modifying the automatic stay provisions of 11 U.S.C. § 362(a), all proceedings in this action as they may affect the Debtor are stayed.

*[Signature Page to Follow]*

Dated: February 18, 2026

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*<u>/s/ Kathryn L. Harrison</u>*

Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
Joseph C. Bacharach, Esq.
PA I.D. No. 336111
jbacharach@camlev.com
CAMPBELL & LEVINE, LLC
310 Grant Street, Suite 1700
Pittsburgh, Pennsylvania 15219

*Counsel for Kingfly Spirits LLC*

**EXHIBIT A**

United States Bankruptcy Court
WESTERN DISTRICT OF PENNSYLVANIA

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 02/10/2026 at 4:26 PM and filed on 02/10/2026.

**Kingfly Spirits LLC**
2613 Smallman Street
Pittsburgh, PA 15222
Tax ID / EIN: 47-3161782

The case was filed by the debtor's attorney:

**Kathryn L. Harrison**
Campbell & Levine, LLC
310 Grant Street
Suite 1700
Pittsburgh, PA 15219
412-261-0310

The case was assigned case number 26-20387.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.pawb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Michael R. Rhodes**
**Clerk, U.S. Bankruptcy Court**

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/10/2026 16:30:34 | | | |
| **PACER Login:** | harrison3klh | **Client Code:** | 8931 |
| **Description:** | Notice of Filing | **Search Criteria:** | 26-20387 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Kathryn L. Harrison, Esq.

Signature: */s/ Kathryn L. Harrison*

Name: Kathryn L. Harrison

Attorney No. (if applicable): 209601

Case Docket Number: GD-25-005403

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I caused a true and correct copy of the foregoing *Suggestion of Bankruptcy* to be served via e-mail upon the following:

Jamie L. Lenzi, Esq.
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228
E: jlenzi@c-wlaw.com

Brett W. Farrar, Esq.
Steven Zoffer, Esq.
Dickie McCamey
Four Gateway Center
444 Liberty Ave, Suite 1000
Pittsburgh, PA 15222-1225
E: BFarrar@dmclaw.com
szoffer@dmclaw.com

Antoinette C. Oliver Esq.
Alexandra L. Yuill, Esq.
Henry W. Oliver Building
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
E: ACO@MUSLAW.com
aly@muslaw.com

Timothy D. McNair, Esq.
821 State Street
Erie, PA 16501
E: tmcnair@mcnairlaw.com

Dated: February 18, 2026

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/ Kathryn L. Harrison*
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
Joseph C. Bacharach, Esq.
PA I.D. No. 336111
jbacharach@camlev.com
CAMPBELL & LEVINE, LLC
310 Grant Street, Suite 1700
Pittsburgh, Pennsylvania 15219

*Counsel for Kingfly Spirits LLC*