# EXHIBIT E

---

**Order of Court**

No. GD-25-005403 (Allegheny C.C.P.)

Dated June 11, 2026

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

BLAKE RAGGHIANTI AND DANIELLE RAGGHIANTI,

Plaintiffs,

v.

MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS, LLC, GEORGE R. FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC.,

Defendants.

COURT DIVISION DIVISION

GD 25-005403

**ORDER OF COURT**

AND NOW, to wit this 11th day of June, 2026, it is hereby ORDERED, ADJUDGED and DECREED that Defendant George R. Farneth Law Group, LLC's Amended Motion to Stay Proceedings is hereby GRANTED and these proceedings are hereby STAYED until the conclusion of Defendant Kingfly's Bankruptcy proceedings and the appeal of the Motion for Protective Order filed in *Tugirls, Inc., et al. v. Kingfly Spirits, LLC, et al.*, No. 12021-2020.

BY THE COURT:

____________________, J.