# EXHIBIT F

---

**Plaintiffs' Motion to Sever Defendant Kingfly Spirits, LLC**

and to Continue Proceedings Against Remaining Defendants

No. GD-25-005403 (Allegheny C.C.P.)

Submitted May 21, 2026

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA
COVER SHEET

| | | |
|---|---|---|
| | : | CIVIL DIVISION |
| BLAKE RAGGHIANTI and DANIELLE RAGGHIANTI, his wife,<br>Plaintiffs<br>v. | : | Case No.: GD-25-005403 |
| | : | **PLAINTIFFS' MOTION TO SEVER DEFENDANT KINGFLY SPIRITS, LLC AND TO CONTINUE PROCEEDINGS AGAINST REMAINING DEFENDANTS** |
| MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS, LLC, GEORGE R. FARNETH, II., THE FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC,<br>Defendants | : | Filed on behalf of Plaintiffs, Blake Ragghianti, and Danielle Ragghianti |
| | : | Counsel of record for this Party: |
| | : | Timothy D. McNair<br>PA. I.D. #: 34304<br>tmcnair@mcnairlaw.com<br><br>821 State Street<br>Erie, PA 16501<br>Phone: (814) 452-0700<br>Fax: (814) 454-2371 |
| | : | **JURY TRIAL DEMANDED** |

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| BLAKE RAGGHIANTI and DANIELLE RAGGHIANTI, his wife,<br>Plaintiffs | : | |
| v. | : | Case No.: GD-25-005403 |
| MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS, LLC, GEORGE R. FARNETH, II., THE FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC,<br>Defendants | : | **JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION TO SEVER DEFENDANT KINGFLY SPIRITS, LLC AND TO CONTINUE PROCEEDINGS AGAINST REMAINING DEFENDANTS**

NOW COME Plaintiffs, Blake Ragghianti and Danielle Ragghianti, his wife, by and through their undersigned counsel, respectfully moves this Court pursuant to Pa.R.C.P. 213(b) to sever Defendant Kingfly Spirits, LLC. from the above-captioned action and to direct that the proceedings continue against the remaining Defendants Mark J. Willson, Ebbrezza, Inc., George R. Farneth, II, The Farneth Law Group, LLC, Nicholas A. Miller, and Brenlove & Fuller, LLC. In support thereof, Plaintiffs aver as follows:

## I. BACKGROUND

1. This action arises under the Dragonetti Act, 42 Pa.C.S. §§ 8351–8355, for wrongful use of civil proceedings. Plaintiff brings claims against all seven Defendants — Mark J. Willson, Ebbrezza, Inc., Kingfly Spirits, LLC, George R. Farneth, II, The Farneth Law Group, LLC, Nicholas A. Miller, and Brenlove & Fuller, LLC — each of whom

participated in initiating or procuring the underlying civil proceeding without probable cause and with malice.

2. Defendant Kingfly Spirits, LLC. has filed a petition for relief under the United States Bankruptcy Code, thereby triggering the automatic stay provisions of 11 U.S.C. § 362(a).

3. Defendants have collectively moved for a stay of the entire action on the basis of Kingfly Spirits, LLC's bankruptcy filing.

4. The remaining Defendants — Mark J. Willson, Ebbrezza, Inc., George R. Farneth, II, The Farneth Law Group, LLC, Nicholas A. Miller, and Brenlove & Fuller, LLC — are not debtors in bankruptcy, are not entitled to the protections of the automatic stay, and have no independent legal basis upon which to halt these proceedings.

## II. ARGUMENT

### A. The Automatic Stay Applies Only to the Debtor, Kingfly Spirits, LLC.

5. The automatic stay imposed by 11 U.S.C. § 362(a) operates solely to protect the debtor and its estate. It does not extend to non-debtor co-defendants. The Third Circuit has held that, although the automatic stay has a broad scope, its clear language applies only against a debtor. *McCartney v. Integra Nat'l Bank North*, 106 F.3d 506, 509 (3d Cir. 1997) ("it is universally acknowledged that an automatic stay of proceedings accorded by § 362 may not be invoked by entities such as sureties, guarantors, co-obligors, or others with a similar legal or factual nexus to the … debtor"). While *McCartney* recognized a narrow "unusual circumstances" exception — applicable only

where there is such an identity between the debtor and a co-defendant that a judgment against the co-defendant would in effect be a judgment against the debtor — no such identity exists here. Each of the remaining Defendants is a legally distinct party whose Dragonetti Act exposure arises from his or its own independent conduct in initiating or procuring the underlying proceeding. A judgment against Mark J. Willson, Ebbrezza, Inc., George R. Farneth, II, The Farneth Law Group, LLC, Nicholas A. Miller, or Brenlove & Fuller, LLC would have no direct impact on the estate of Kingfly Spirits, LLC. The exception does not apply.

6. A blanket stay of all proceedings as to all Defendants would improperly extend the Bankruptcy Code's protections beyond their statutory scope and would allow solvent Defendants to exploit another party's insolvency as a litigation shield.

7. Accordingly, Mark J. Willson, Ebbrezza, Inc., George R. Farneth, II, The Farneth Law Group, LLC, Nicholas A. Miller, and Brenlove & Fuller, LLC have no legal right to a stay of this action, and their Motion for a Stay of Proceedings should be denied as to them.

**B. Severance Is Appropriate Under Pa.R.C.P. 213(b).**

8. Pa.R.C.P. 213(b) provides that the court may, in the furtherance of convenience or to avoid prejudice, order a separate trial of any claim or sever any party. Severance of Kingfly Spirits, LLC is both warranted and necessary here.

9. Dragonetti Act liability attaches to each defendant individually based upon that defendant's own role in initiating or procuring the underlying proceeding without probable cause and with malice. 42 Pa.C.S. § 8351(a). The claim against each defendant is analytically and legally independent of the claims against the others.

10. Because liability is defendant-specific, severance of Kingfly Spirits, LLC. into a separate, stayed action will not prejudice the remaining Defendants, will not impair the Court's ability to adjudicate the claims against the non-bankrupt Defendants, and will not create any risk of inconsistent or duplicative recovery.

11. Severance serves the interest of judicial economy and avoids the injustice of indefinitely delaying Plaintiffs' claims against three solvent Defendants due to the unrelated financial circumstances of a seventh.

**C. Plaintiff Will Be Substantially Prejudiced by a Blanket Stay.**

12. A stay of the entire action would prejudice Plaintiffs by indefinitely suspending their right to pursue legitimate claims against Defendants who are fully capable of defending and satisfying a judgment. The length of bankruptcy proceedings is uncertain and potentially years-long.

13. Witnesses' memories fade, evidence may become unavailable, and Plaintiffs' right to timely justice would be unreasonably impaired — all to the benefit of Defendants who have no entitlement to that protection.

14. No corresponding prejudice to the non-bankrupt Defendants results from severance. Each Defendant will be required to defend only against the claims arising from its own conduct.

## III. RELIEF REQUESTED

WHEREFORE, Plaintiffs Blake Ragghianti and Danielle Ragghianti, his wife respectfully request that this Court enter an Order:

(a) Severing Defendant Kingfly Spirits, LLC from the above-captioned action pursuant to Pa.R.C.P. 213(b) and placing the severed action in suspense pending resolution of Kingfly Spirits, LLC's bankruptcy proceedings;

(b) Directing that the present action continue on its existing docket number as to Defendants Mark J. Willson, Ebbrezza, Inc., George R. Farneth, II, The Farneth Law Group, LLC, Nicholas A. Miller, and Brenlove & Fuller, LLC; and

(c) Denying Defendants' Motion for Stay of Proceedings as to the non-bankrupt Defendants.

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

Timothy D. McNair, Esquire

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: ______________________

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| BLAKE RAGGHIANTI and DANIELLE RAGGHIANTI, his wife,<br>Plaintiffs<br>v. | : | Case No.: GD-25-005403 |
| MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS, LLC, GEORGE R. FARNETH, II., THE FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC,<br>Defendants | : | **JURY TRIAL DEMANDED** |

**ORDER OF COURT**

AND NOW, this ______ day of _________________, 2026, upon consideration of Plaintiffs' Motion to Sever Defendant Kingfly Spirits, LLC. and to Continue Proceedings Against Remaining Defendants, and any response thereto, it is hereby ORDERED as follows:

1. Defendant Kingfly Spirits, LLC. is SEVERED from the above-captioned action pursuant to Pa.R.C.P. 213(b). The severed action shall be placed in suspense pending further Order of Court upon resolution of Kingfly Spirits, LLC's bankruptcy proceedings.

2. The above-captioned action shall proceed on the existing docket number as to Defendants Mark J. Willson, Ebbrezza, Inc., George R. Farneth, II, The Farneth Law Group, LLC, Nicholas A. Miller, and Brenlove & Fuller, LLC.

3. Defendants' Motion for Stay of Proceedings is DENIED as to Defendants Mark J. Willson, Ebbrezza, Inc., George R. Farneth, II, The Farneth Law Group, LLC, Nicholas A. Miller, and Brenlove & Fuller, LLC.

4. The Prothonotary is directed to docket this Order accordingly.

BY THE COURT:

______________________________ J.

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| BLAKE RAGGHIANTI and DANIELLE RAGGHIANTI, his wife,<br>Plaintiffs | : | |
| v. | : | Case No.: GD-25-005403 |
| MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS, LLC, GEORGE R. FARNETH, II., THE FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC,<br>Defendants | : | **JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Motion to Sever Defendant Kingfly Spirits, LLC And to Continue Proceedings Against Remaining Defendants was sent by electronic mail and/or mailed by First Class U.S. mail, postage prepaid on this 21st day of May, 2026:

Jamie L. Lenzi, Esquire
jlenzi@c-wlaw.com
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228

Brett W. Farrar, Esquire
BFarrar@dmclaw.com
Steven Zoffer, Esquire
szoffer@dmclaw.com
Dickie McCamey
Four Gateway Center, 444 Liberty Ave, Suite 1000
Pittsburgh, PA 15222 1225

Antoinette C. Oliver, Esquire
ACO@MUSLAW.com
Alexandra L. Yuill, Esquire
aly@muslaw.com
Henry W. Oliver Building
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222

Crystal Thornton-Illar, Esquire
cthornton-Illar@leechtishman.com
Leech Tishman
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Kathryn Harrison, Esquire
**kharrison@camlev.com**
CAMPBELL & LEVINE PITTSBURGH
310 Grant Street, Suite 1700
Pittsburgh, PA 15219

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By:______________________________

Timothy D. McNair, Esquire
Pa. ID#34304
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371
tmcnair@mcnairlaw.com