# EXHIBIT H

---

**Order Staying Appeal**

No. 1475 WDA 2025 (Pa. Super.)

Filed April 24, 2026

Filed 04/24/2026

| | |
|---|---|
| TUGIRLS, INC. D/B/A JUSTINA TUSHAK CPA, AND EA & COMPANY | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | Erie County Civil Division 2020-12021 |
| KINGFLY SPIRITS LLC, FORMERLY D/B/A PORT OF PITTSBURGH DISTILLERY LLC | No. 1475 WDA 2025 |
| v. | |
| BLAKE RAGGHIANTI | |
| v. | |
| MARK WILLSON AND EBBREZZA, INC. | |
| APPEAL OF: KINGFLY SPIRITS LLC, FORMERLY D/B/A PORT OF PITTSBURGH DISTILLERY LLC, MARK WILLSON AND EBBREZZA, INC. | |

## ORDER

Upon notice that Appellant Kingfly Spirits LLC has initiated bankruptcy proceedings in the United States Bankruptcy Court for the Western District of Pennsylvania at No. 26-20387-cmb, the above-captioned appeal is **STAYED** in accordance with the automatic stay provision of the United States Bankruptcy Code, 11 U.S.C. § 362.

The parties shall be responsible for notifying this Court that: (1) the stay pursuant to the Bankruptcy Code is no longer in effect due to the issuance of an order by the Bankruptcy Court either lifting the automatic stay or providing for severance of any of the parties, in which case this Court will proceed with this appeal; or (2) the above-captioned appeal has been rendered moot by conclusion of the bankruptcy proceedings.

The parties shall be responsible for providing an initial update to this Court, in no less than six (6) months, or no later than **October 21, 2026**, as to the status of the bankruptcy proceedings.

The prothonotary of this Court is **DIRECTED** to send a copy of this Order to the Honorable John J. Mead, the Erie County Prothonotary's Office, and the parties.

PER CURIAM