# EXHIBIT I

---

**Kingfly Spirits LLC's Reservation of Rights**

in Response to Plaintiffs' Motion to Sever

No. GD-25-005403 (Allegheny C.C.P.)

Filed June 1, 2026

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

BLAKE RAGGHIANTI, and DANIELLE RAGGHIANTI,

Plaintiffs,

v.

MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS LLC, GEORGE R. FARNETH, II, THE FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC,

Defendants.

CIVIL DIVISION

No.: **GD-25-005403**

TYPE OF PLEADING:

**RESERVATION OF RIGHTS IN RESPONSE TO PLAINTIFFS' MOTION TO SEVER DEFENDANTS**

FILED ON BEHALF OF:
KINFGLFY SPIRITS LLC,

Defendant

COUNSEL FOR THE LIMITED PURPOSE OF FILING THIS RESERVATION OF RIGHTS:

Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
Joseph C. Bacharach, Esq.
PA I.D. No. 336111
jbacharach@camlev.com

CAMPBELL & LEVINE, LLC
The Grant Building
310 Grant Street, Suite 1700
Pittsburgh, Pennsylvania 15219

TELEPHONE: (412) 261-0310
FACSIMILE: (412) 261-5066

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| BLAKE RAGGHIANTI, and DANIELLE RAGGHIANTI,<br><br>Plaintiffs,<br><br>v.<br><br>MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS LLC, GEORGE R. FARNETH, II, THE FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC,<br><br>Defendants. | CIVIL DIVISION<br><br>No.: **GD-25-005403** |

**RESERVATION OF RIGHTS IN RESPONSE TO PLAINTIFFS' MOTION TO SEVER DEFENDANTS**

Defendant, Kingfly Spirits LLC, by and through its undersigned counsel for the purpose of this Reservation of Rights only, brings this *Reservation of Rights in Response to Plaintiffs' Motion to Sever Defendants,* and avers as follows:

1. On February 10, 2026 (the "Petition Date"), Kingfly Spirits LLC (the "Debtor") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court"), at Bankruptcy Case No. 26-20387-CMB (the "Bankruptcy Case").

2. As this Court is aware, the filing of the Bankruptcy Case operates as an automatic stay of any and all actions against the Debtor under Section 362 of the Bankruptcy Code. It also divests the Debtor of possession and a chapter 7 trustee is appointed to take control of the Debtor's estate under Section 541 of the Bankruptcy Code.

3. On or about February 10, 2026, Crystal Thornton-Ilar, Esq. was appointed as the chapter 7 trustee (the "Trustee") of the Debtor's estate.

4. The undersigned represents the Debtor in its Bankruptcy Case and in no other capacity. The Debtor files this Reservation of Rights to protect its right to the automatic stay created on the Petition Date, but acknowledges the Trustee has complete authority over the Debtor's estate.

5. Indeed, the Debtor has no remaining agents, employees, or other individuals with the ability or authority to act on behalf of the Debtor, except to assist the Trustee with her administration of the Debtor's estate.

6. On or about May 21, 2026, the movants, Blake Ragghianti and Danielle Ragghianti (collectively, the "Plaintiffs") filed a Motion to Sever Defendant Kingfly Spirits, LLC and to Continue Proceedings Against Remaining Defendants (the "Motion") and served said Motion on the Debtor through the undersigned.

7. Upon information and belief, the Motion was *not* served on the Trustee. However, the undersigned has made the Trustee aware of the Motion and hearing and asked that the Plaintiffs and other parties include the Trustee in correspondence related to the Motion.

8. The Motion makes several factual and legal averments regarding the application of the automatic stay to this matter.

9. Out of an abundance of caution, the undersigned files this Reservation of Rights in response to the Motion, to ensure this Court is aware of the creation of the Debtor's estate and stay of proceedings against the Debtor as of the Petition Date.

10. No party has sought relief from the automatic stay from the Bankruptcy Court.

11. The Debtor has no operations and an estate has been created by virtue of the filing of the Bankruptcy Case, as of the Petition Date.

12. The Debtor has no ability or authority, outside the authority of the Trustee, to participate in discovery or other matters related to the above captioned matter.

13. The Trustee has complete authority over the Debtor's estate and the Debtor has no authority over any assets. In other words, the Debtor has not authority to respond to the Motion, participate in this litigation, and/or otherwise preserve any assets of the Debtor's estate. All such authority is vested in the Trustee.

14. The undersigned files this Reservation of Rights solely as the Debtor's counsel in the Bankruptcy Case to ensure the protection of its right to an automatic stay under the Bankruptcy Code, and does not represent the Debtor in any other purpose of the above captioned case.

WHEREFORE, Kingfly Spirits, LLC files this Reservation of Rights to protect any rights of the Debtor to the automatic stay and/or to ensure this Court is aware of the authority of the Trustee.

Dated: June 1, 2026

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/ Kathryn L. Harrison*

Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
Joseph C. Bacharach, Esq.
PA I.D. No. 336111
jbacharach@camlev.com
CAMPBELL & LEVINE, LLC
310 Grant Street, Suite 1700
Pittsburgh, Pennsylvania 15219
*Counsel to Kingfly Spirits LLC for the purpose of this Reservation of Rights Only*

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Kathryn L. Harrison, Esq.

Signature: */s/ Kathryn L. Harrison*

Name: Kathryn L. Harrison

Attorney No. (if applicable): 209601

Case Docket Number: GD-25-005403

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I caused a true and correct copy of the foregoing *Reservation of Rights in Response to Plaintiffs' Motion to Sever Defendants* was served via e-mail upon the following:

Jamie L. Lenzi, Esq.
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228
E: jlenzi@c-wlaw.com

Brett W. Farrar, Esq.
Steven Zoffer, Esq.
Dickie McCamey
Four Gateway Center
444 Liberty Ave, Suite 1000
Pittsburgh, PA 15222-1225
E: BFarrar@dmclaw.com
szoffer@dmclaw.com

Antoinette C. Oliver Esq.
Alexandra L. Yuill, Esq.
Henry W. Oliver Building
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
E: ACO@MUSLAW.com
aly@muslaw.com

Timothy D. McNair, Esq.
821 State Street
Erie, PA 16501
E: tmcnair@mcnairlaw.com

Dated: June 1, 2026

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*/s/ Kathryn L. Harrison*
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
Joseph C. Bacharach, Esq.
PA I.D. No. 336111
jbacharach@camlev.com
CAMPBELL & LEVINE, LLC
310 Grant Street, Suite 1700
Pittsburgh, Pennsylvania 15219
*Counsel to Kingfly Spirits LLC for the purpose of this Reservation of Rights Only*