# EXHIBIT K

---

**Consent Order Dismissing Count II Without Prejudice**

No. GD-25-005403 (Allegheny C.C.P.)

Dated November 20, 2025

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA
COVER SHEET

| | |
|---|---|
| | CIVIL DIVISION |
| BLAKE RAGGHIANTI and DANIELLE RAGGHIANTI, his wife,<br>Plaintiffs<br>v. | Case No.: GD-25-005403<br><br>**ORDER** |
| MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS, LLC, GEORGE R. FARNETH, II., THE FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC,<br>Defendants | Filed on behalf of Plaintiffs, Blake Ragghianti, and Danielle Ragghianti<br><br>Counsel of record for this Party:<br><br>Timothy D. McNair<br>PA. I.D. #: 34304<br>tmcnair@mcnairlaw.com<br><br>821 State Street<br>Erie, PA 16501<br>Phone: (814) 452-0700<br>Fax: (814) 454-2371<br><br>**JURY TRIAL DEMANDED** |

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| BLAKE RAGGHIANTI and DANIELLE RAGGHIANTI, his wife,<br>Plaintiffs<br>v. | Case No.: GD-25-005403 |
| MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS, LLC, GEORGE R. FARNETH, II., THE FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC,<br>Defendants | **JURY TRIAL DEMANDED** |

**ORDER**

AND NOW this 20th day of November, 2025, upon the stipulation of Plaintiffs Blake Ragghianti and Danielle Ragghianti and Defendants Mark J. Willson, Ebbrezza, Inc., and Kingfly Spirits, Inc. Count II (Abuse of Process) of Plaintiffs' Amended Complaint is dismissed without prejudice.

AGREED TO BY:

Timothy D. McNair, Esquire
Attorney for Plaintiffs Blake Ragghianti and Danielle Ragghianti

Antoinette C. Oliver, Esquire
Attorney for Mark J. Willson, Ebbrezza, Inc., and Kingfly Spirits, Inc.

BY THE COURT:

Chelsa Wagner, J.

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| BLAKE RAGGHIANTI and DANIELLE RAGGHIANTI, his wife, Plaintiffs | : | Case No.: GD-25-005403 |
| v. | : | |
| MARK J. WILLSON, EBBREZZA, INC., KINGFLY SPIRITS, LLC, GEORGE R. FARNETH, II., THE FARNETH LAW GROUP, LLC, NICHOLAS A. MILLER, and BRENLOVE & FULLER, LLC, Defendants | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Order was served electronically via mail and/or mailed by First Class U.S. mail, postage prepaid on this 24th day of November, 2025:

Jamie L. Lenzi, Esquire
jlenzi@c-wlaw.com
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228

Brett W. Farrar, Esquire
BFarrar@dmclaw.com
Steven Zoffer, Esquire
szoffer@dmclaw.com
Dickie McCamey
Four Gateway Center, 444 Liberty Ave,
Suite 1000
Pittsburgh, PA 15222 1225

Antoinette C. Oliver, Esquire
ACO@MUSLAW.com
Alexandra L. Yuill, Esquire
aly@muslaw.com
Henry W. Oliver Building
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

______________________
Timothy D. McNair, Esquire

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: ______________________

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com