**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KINGFLY SPIRITS, LLC,<br><br>Debtor.<br><br>BLAKE RAGGHIANTI and DANIELLE RAGGHIANTI,<br><br>Movants,<br><br>v.<br><br>KINGFLY SPIRITS, LLC,<br><br>Respondent. | Case No. 26-20387-JCM<br><br>Chapter 7<br><br>Related to Doc. No. _____ |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this _____ day of _______________, 2026, upon consideration of the Motion of Blake Ragghianti and Danielle Ragghianti for Relief from the Automatic Stay (the "Motion"), and after notice and an opportunity for hearing, and it appearing that cause exists under 11 U.S.C. § 362(d)(1), it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED as set forth in this Order.

2. The automatic stay under 11 U.S.C. § 362(a) is modified, to the extent it applies, to permit Blake Ragghianti and Danielle Ragghianti to prosecute *Ragghianti v. Willson, et al.*, No. GD-25-005403, in the Court of Common Pleas of Allegheny County, Pennsylvania, through trial and final judgment, against all defendants, including the Debtor as a nominal defendant.

3. The automatic stay is further modified, to the extent it applies, to permit the Superior Court of Pennsylvania to decide the appeal at No. 1475 WDA 2025 on the existing record. This paragraph is an order lifting the automatic stay for purposes of the Superior Court's Order of April 24, 2026. The Chapter 7 Trustee may elect to continue, withdraw, or take no position on the Debtor's appeal, and nothing in this Order requires the estate to fund or participate in it. This paragraph does not permit any action against the Debtor or property of the estate in the Erie County case.

4. Movants shall not execute upon, levy against, or otherwise enforce any judgment against the Debtor or property of the estate absent further order of this Court. Any claim against the Debtor, whether or not liquidated in the state-court action, shall be asserted and administered solely through the claims process in this bankruptcy case.

5. The Chapter 7 Trustee is not required to appear or defend in the state-court action. Any discovery directed to the Debtor or the Trustee shall be served on the Trustee's counsel, and the Trustee retains all rights to object to such discovery in this Court or in the state court.

6. This Order is effective immediately and is not stayed by Fed. R. Bankr. P. 4001(a)(3).

BY THE COURT:

______________________________
John C. Melaragno
United States Bankruptcy Judge