**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KINGFLY SPIRITS, LLC,<br><br>Debtor.<br><br>BLAKE RAGGHIANTI and DANIELLE RAGGHIANTI,<br><br>Movants,<br><br>v.<br><br>KINGFLY SPIRITS, LLC,<br><br>Respondent. | Case No. 26-20387-JCM<br><br>Chapter 7<br><br>Judge Melaragno<br><br>Related to Doc. No. _____<br><br>Hearing Date and Time: December 17, 2026 at 2:00 PM<br><br>Response Deadline: November 30, 2026 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING THE MOTION OF BLAKE RAGGIANTI AND DANIELLE RAGGHIATNTI FOR RELIEF FROM THE AUTOMATIC STAY IN ACCORDANCE WITH 11 U.S.C. § 362(d)**

TO THE RESPONDENT(S):

**You are hereby notified that the above Movants seek an order affecting your rights or property.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than November 30, 2026 [***seventeen (17) days after the date of service below***], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this Notice and the Motion to a lawyer at once.**

**A hearing** will be held on December 17, 2026 at 2:00 P.M. before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the

calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: November 12, 2026
Attorney for Movant/Applicant

s/ Timothy D. McNair
TIMOTHY D. MCNAIR, ESQ.
821 State Street
Erie, PA 16501
(814) 452-0700
PA I.D. No. 34304
tmcnair@mcnairlaw.com