**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KINGFLY SPIRITS, LLC,

Debtor.

BLAKE RAGGHIANTI and DANIELLE RAGGHIANTI,

Movants,

v.

KINGFLY SPIRITS, LLC,

Respondent.

Case No. 26-20387-JCM

Chapter 7

Related to Doc. No. _____

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, a true and correct copy of the foregoing Motion for Relief from the Automatic Stay, the proposed Order, and the Notice of Hearing and Response Deadline was served by the Court's CM/ECF system on all registered users, and by e-mail and/or first-class U.S. mail, postage prepaid on the following:

Crystal H. Thornton-Illar, Esquire
Leech Tishman
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
cthornton-Illar@leechtishman.com
*Chapter 7 Trustee*

Michael P. Kruszewski, Esquire 525
William Penn Place
28th Floor
Pittsburgh, PA 15219
mkruszewski@leechtishman.com
*Counsel for the Chapter 7 Trustee*

Office of the United States Trustee
1001 Liberty Ave Ste 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@us-doj.gov]

Kathryn L. Harrison, Esquire
Joseph C. Bacharach, Esquire
Campbell & Levine, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
kharrison@camlev.com; jbacharach@camlev.com
*Counsel for the Debtor*

Ryan J. Cooney, Esquire
Cooney Law Offices
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA 15222
rcooney@cooneylawyers.com
*Counsel for Mark J. Willson in this bankruptcy case*

Antoinette C. Oliver, Esquire
Alexandra L. Yuill, Esquire
Meyer, Unkovic & Scott LLP
Henry W. Oliver Building
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
aco@muslaw.com
*Counsel for Mark J. Willson and Ebbrezza, Inc. in the Dragonetti Action*

Brett W. Farrar, Esquire
Steven Zoffer, Esquire
Dickie McCamey
Four Gateway Center, 444 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
SZoffer@dmclaw.com
*Counsel for George R. Farneth, II and The Farneth Law Group, LLC in the Dragonetti Action*

Jamie L. Lenzi, Esquire
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228
jlenzi@c-wlaw.com
*Counsel for Nicholas A. Miller and Brenlove & Fuller, LLC in the Dragonetti Action*

/s/ Timothy D. McNair
Timothy D. McNair, Esquire
Pa. ID No. 34304